ARTHUR LEVEY v. PRODUCERS RELEASING CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Callahan and Peck, JJ. [See 269 App. Div. 1025.]

L. O. L. PRODUCTIONS, INC., v. SOUNDIES DISTRIBUTING CORPORATION OF AMERICA, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with $10 costs. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ. [See 269 App. Div. 1022.]

## SECOND DEPARTMENT, JANUARY, 1946.
### (January 2, 1946.)

In the Matter of the Accounting of BELLE MUND et al., as Executrices under the Will of LOESER KALINA, Deceased. BELLE MUND et al., Respondents; LEAH KALINA, Appellant.— Motion to dismiss appeal granted by default, with $10 costs, and appeal dismissed, with costs. Present — Lewis, P. J., Hagarty, Carswell, Adel and Nolan, JJ. [184 Misc. 367.]

### (January 3, 1946.)

In the Matter of 16 COURT STREET, INC., Respondent.

EDITH STUBERFIELD, a Bondholder, and Others, Similarly Situated, Appellants; CONTINENTAL BANK & TRUST COMPANY OF NEW YORK, as Trustee, Respondent.

Application by 16 Court Street, Inc., owner of the leasehold affecting premises 16 Court Street, borough of Brooklyn, for approval of a plan of liquidating a certain trust mortgage securing bonds issued by said 16 Court Street, Inc., to the Continental Bank & Trust Company of New York, as trustee, covering the said leasehold on said premises.

On argument, order approving bid of respondent 16 Court Street, Inc., for the liquidation of a mortgage bond issue reversed on the law and the facts, without costs, and the proceeding remitted to the justice presiding at Special Term, Part VII, Kings County, for all purposes, including the receipt of open and competitive bids for the purchase of the mortgage on the leasehold herein. Lewis, P. J., Hagarty, Carswell, Johnston and Nolan, JJ., concur.

### (January 7, 1946.)

CHARLES E. ALLCOCK, Individually and as a City Marshal of the City of New York, Appellant-Respondent, v. ABRAHAM S. COHEN, as Surviving Partner of the Firm of COHEN & KOBRE, Attorneys at Law and as Partner of the Firm of A. S. & H. M. COHEN, Attorneys at Law, Respondent, and UNITED INDUSTRIAL BANK, Appellant.— Motion for reconsideration of wording of decision denied, without costs. Present — Lewis, P. J., Hagarty, Carswell, Adel and Nolan, JJ. [See 269 App. Div. 1050.]